

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2017

No. 04-17-00197-CV

Francisco **SANCHEZ**, Jr.,
Appellant

v.

**TEXAS A&M UNIVERSITY- SAN ANTONIO**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-06141
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

On April 25, 2017, after the notice of appeal filing fees remained unpaid, we ordered Appellant to show cause in writing by May 5, 2017, that the filing fees have been paid. We also ordered Appellant to file a docketing statement. Appellant paid the fees and filed the docketing statement as ordered. Our April 25, 2017 order is satisfied.

We reinstate the appellate timetable. The appellate record is due on June 2, 2017.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2017.

_____
Keith E. Hottle
Clerk of Court